```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                                Case No. 10-cr-64-PB

**James M. Porter, Jr.**


**O R D E R**

    The defendant, through counsel, has moved to continue the trial scheduled for October 5, 2010, citing the need for additional time to negotiate a plea agreement.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and to allow time for the parties to properly prepare for trial, the court will continue the trial from October 5, 2010 to November 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The September 29, 2010 final pretrial conference is continued to October 21, 2010 at 4:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

September 27, 2010

cc: Robert G. Daniels, Esq.
    Mark Zuckerman, AUSA
    United States Probation
    United States Marshal